# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

---

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __12-2496__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: Municipal Mortgage & Equity, LLC; Mark K. Joseph; William S. Harrison;

Charles M. Pinckney; and David Kay                                                                 as the
(party name)

[ ] appellant(s)  [✓] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Mark Holland
(signature)

| | |
|---|---|
| Mark Holland | (212) 813-8800 |
| Name (printed or typed) | Voice Phone |
| Goodwin Procter LLP | (212) 355-3333 |
| Firm Name (if applicable) | Fax Number |
| 620 Eighth Avenue | |
| New York, NY 10018 | mholland@goodwinprocter.com |
| Address | E-mail address (print or type) |

---

## CERTIFICATE OF SERVICE

I certify that on __December 11, 2012__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

See Appendix

/s/ Mark Holland                                                                  December 11, 2012
Signature                                                                                    Date

11/17/2011
SCC

## Appendix

David A.P. Brower
BROWER PIVEN
488 Madison Avenue, 8th Floor
New York, NY 10021
*Securities Plaintiffs-Appellants' Co-Lead Counsel*


Samuel H. Rudman
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY 11747

and

Kim E. Miller
KAHN GAUTHIER SWICK, LLC
12 East 41st Street, 12th Floor
New York, NY 10017
*Of Counsel for Securities Plaintiffs-Appellants*


Jason J. Mendro
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

and

Jonathan C. Dickey
GIBSON, DUNN & CRUTCHER, LLP
200 Park Avenue
New York, NY 10166
*Counsel for Underwriter Defendants-Appellees Merrill Lynch, Pierce, Fenner & Smith Inc. and RBC Capital Markets Corp.*


David W.T. Daniels
RICHARDS KIBBE AND ORBE LLP
701 Eighth Street NW
Washington, DC 20001
*Counsel for Defendant-Appellee Melanie Lundquist*