FILED: June 10, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-2496
(1:08-md-01961-MJG)

_____

ROBERT YATES, MJG-08-269; ALAN S. BARRY, MJG-08-269; DAVID YOUNG, MJG-08-269; CARLO HORNSBY; ED FRIEDLANDER, MJG-08-269; PAUL ENGEL, individually and on behalf of all others similarly situated MJG-08-292; WILLIAM D. FELIX; DAVID KREMSER, on behalf of himself and on behalf of Elk Meadow Investments, LLC; CHARLES W. DAMMEYER, on behalf of himself and others similarly situated,

      Plaintiffs – Appellants,

and

F. RICHARD MANSON, individually and on behalf of all others similarly situated MJG-08-269; GEETA SHAILAM, individually and on behalf of all others similarly situated MJG-08-386; MICHAEL J. CIRRITO, individually and on behalf of all others similarly situated MJG-08-476; JOHN J. HUFNAGLE, individually and on behalf of all others similarly situated MJG-08-579; WILLIAM JOHNSTON, derivatively on behalf of Municipal Mortgage & Equity, LLC MJG-08-670; ROBERT STAUB, derivatively on behalf of Municipal Mortgage & Equity, LLC MJG-08-802; THE MARY L. KIESER TRUST, by Mary L. Kieser and Ralph F. Kieser, Trustees, derivatively and on behalf of Nominal Defendant, Municipal Mortgage & Equity LLC MJG-08-805; JUDITH GREENBERG; JOSEPH S. GELMIS, individually and on behalf of all others similarly situated MJG-08-2133; ARNOLD J. ROSS, MJG-08-2133; TROY BROY; JULES ROTHAS, individually and on behalf of all others similarly situated MJG-08-2134; NAOMI RAPHAEL; FAFN/SLATER GROUP; KREMSER GROUP, MJG-08-269,

      Plaintiffs,

v.

MUNICIPAL MORTGAGE & EQUITY, LLC; MELANIE M. LUNDQUIST; MICHAEL L. FALCONE; MERRILL LYNCH PIERCE FENNER AND SMITH INCORPORATED; RBC CAPITAL MARKETS, LLC.; MARK K. JOSEPH; CHARLES C. BAUM; EDDIE C. BROWN; ROBERT S. HILLMAN; DOUGLAS A. MCGREGOR; ARTHUR S. MEHLMAN; FRED N. PRATT, JR.; RICHARD O. BERNDT; WILLIAM S. HARRISON; DAVID KAY; CHARLES M. PINCKNEY,

  Defendants – Appellees,

and

GARY A. MENTESANA; BARBARA B. LUCAS; EARL W. COLE, III; ANGELA B. BARONE,

  Defendants.

_____

O R D E R

_____

  Upon consideration of appellee Melanie M. Lundquist's motion for leave to file a separate brief, the court denies the motion.

  Upon consideration of the joint motion of Merrill Lynch Pierce Fenner and Smith Incorporated and RBC Capital Markets, LLC for leave to file a separate brief, the court grants the motion. The separate brief shall not exceed 1,500 words.

         For the Court

         /s/ Patricia S. Connor, Clerk